



FILED IN OPEN COURT

JUN 27 2024

CHRISTOPHER L. EKMAN, CLERK

GAB/JDK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

JOHN DAVID CLARKE,
    aka CLUB, aka STACK,
    aka STACKHOUSE, aka BOBE,
    aka NED,

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

CRIM. NO. 24-114-TFM
USAO NO. 20R00460
OCDETF NO. SE-ALS-0124
VIOLATIONS: 21 USC § 846
         21 USC § 841(a)(1)
         18 USC § 924(c)(1)(A)
         18 USC § 922(g)(1)
         18 USC § 933(a)
         18 USC § 924(h)
         18 USC § 2

**FILED UNDER SEAL**

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
### Conspiracy to Possess with Intent to Distribute Cocaine, Heroin

1

**SEALED**

**Title 21, United States Code, Section 846**

From in or about 2016, continuing through the date of this Indictment, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,



**JOHN DAVID CLARKE,**
**aka CLUB, aka BOBE**
**aka STACK, aka STACKHOUSE,**
**aka NED,**



did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute controlled substances, to-wit, more than 5 kilograms of cocaine, a Schedule II controlled substance, and more than 1 kilogram of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

2

SEALED

In violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

The amount of cocaine reasonably attributable to each defendant and for which each defendant is reasonably accountable exceeds 5 kilograms; therefore, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

**COUNTS TWO through TWENTY-ONE**
**Possession with Intent to Distribute a Controlled Substance**
**Title 21, United States Code, Section 841(a)(1)**

On or about the below-listed dates, in the Southern District of Alabama, Southern Division, the below-listed defendants did knowingly possess with intent to distribute the below listed controlled substances on or about the below-listed dates:

| COUNT | DATE | DEFENDANT(S) | CONTROLLED SUBSTANCE |
|-------|------|--------------|----------------------|
| | | | |
| 6 | 3/16/22 | JOHN DAVID CLARKE, aka CLUB, aka BOBE, aka STACK, aka STACKHOUSE, aka NED | Approximately 500 grams of cocaine, a Schedule II controlled substance |

3

SEALED

| 7 | 3/26/22 | JOHN DAVID CLARKE, aka CLUB, aka BOBE, aka STACK, aka STACKHOUSE, aka NED | Heroin, a Schedule I controlled substance |
|---|---|---|---|
| | | ███████████████████████████ | |
| 9 | 4/6/22 | JOHN DAVID CLARKE, aka CLUB, aka BOBE, aka STACK, aka STACKHOUSE, aka NED | Approximately 1 kilogram of cocaine, a Schedule II controlled substance |
| | | ███████████████████████████ | |
| 11 | 4/12/22 | JOHN DAVID CLARKE, aka CLUB, aka BOBE, aka STACK, aka STACKHOUSE, aka NED | Approximately 1 kilogram of cocaine, a Schedule II controlled substance |
| | | ███████████████████████████ | |
| 14 | 4/24/22 | JOHN DAVID CLARKE, aka CLUB, aka BOBE, aka STACK, aka STACKHOUSE, aka NED | Approximately 1 kilogram of cocaine, a Schedule II controlled substance |
| 15 | 5/9/22 | JOHN DAVID CLARKE, aka CLUB, aka BOBE, aka STACK, aka STACKHOUSE, aka NED | Approximately 1.5 kilograms of cocaine, a Schedule II controlled substance |
| | | ███████████████████████████ | |

4

SEALED

    In violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2.

    In **COUNTS THREE through FOUR, EIGHT, SIXTEEN, and TWENTY-ONE**, the amount of cocaine reasonably attributable to each defendant named in those counts is 5 kilograms or more; therefore, the defendants named in those counts are subject to the penalty provision of Title 21, United States Code, Section 841(b)(1)(A).

    In **COUNTS FIVE and TWENTY**, the amount of heroin reasonably attributable to each defendant named in those counts is 1 kilogram or more; therefore, the defendants named in those counts are subject to the penalty provision of Title 21, United States Code, Section 841(b)(1)(B).

    In **COUNTS SIX, NINE through TWELVE, FOURTEEN through FIFTEEN, SEVENTEEN, and NINETEEN through TWENTY**, the amount of cocaine reasonably attributable to each defendant named in those counts is 500 grams or more; therefore, the defendants named in those counts are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

<u>**COUNT TWENTY-TWO**</u>

SEALED



### COUNT TWENTY-THREE

6

**SEALED**

**COUNT TWENTY-FOUR**

7

SEALED

███████████████████████████████

## COUNT TWENTY-FIVE

███████████████████████████████

### Sentencing Allegations
### Second and Subsequent Penalties
### Title 21, United States Code, Section 841(b)

1.  The defendant, **JOHN DAVID CLARKE**, has been previously convicted of a

serious drug felony as follows:

    a.  On or about June 26, 2008, case number 03-CR-00050, for Conspiracy to Possess

with Intent to Distribute Marijuana, in the United States District Court for the Southern District

of Alabama; Class A Felony under federal law; for which the defendant served at least 12

months imprisonment and the defendant's release from such imprisonment was within 15 years

of the commencement of the instant offense;

    b.  Therefore, Defendant **JOHN DAVID CLARKE**, is subject to the second and

8

SEALED

subsequent penalty provision of Title 21, United States Code, Section 841(b)(1)(A), (B) and (C) upon conviction for any of the offenses alleged in Counts One through Twenty-One of this Indictment.

9

SEALED



## <u>Forfeiture Notice</u>
## <u>Criminal Forfeiture</u>
## <u>Title 21, United States Code, Section 853</u>

The allegations contained in Counts One through Twenty-One of this Indictment are

hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to

Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses in violation of Title 21, United States Code, Sections 846

and 841(a)(1), set forth in Counts One through Twenty-One of this Indictment, the defendants,



10

SEALED



**JOHN DAVID CLARKE,**
**aka CLUB, aka BOBE**
**aka STACK, aka STACKHOUSE,**
**aka NED,**

shall forfeit to the United States of America any property constituting, or derived from, any

proceeds obtained, directly or indirectly, as the result of such offenses and any property,

used or intended to be used in any manner or part to commit or to facilitate the commission of

such offense or offenses, including but not limited to:



11

SEALED



**FORFEITURE NOTICE**

12

SEALED



SEALED

███████████████████████████████████████

A TRUE BILL

████████████████████████

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

GLORIA A. BEDWELL
Assistant United States Attorney

JUSTIN D. KOPF
Assistant United States Attorney

SEAN P. COSTELLO        JUNE 2024
United States Attorney

14

SEALED



## PENALTY PAGE

**CASE STYLE:**   **UNITED STATES v.** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**DEFENDANTS:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**JOHN DAVID CLARKE (COUNT 1, 7, 9, 11, 15)**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**USAO NO.:**   **20R00460**

**AUSAs:**   **Gloria A. Bedwell/Justin D. Kopf**

**CODE VIOLATIONS:**

**COUNT 1:**   **21 USC § 846, Conspiracy to Possess with Intent to Distribute Cocaine, Heroin**

**COUNTS 2-21:**   **21 USC § 841(a)(1), Possession with Intent to Distribute A Controlled Substance**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**PENALTIES:**

**COUNTS 1, 3-5, 8, 16, 20-21**   **10 yrs to life/$10,000,000 fine/5 yrs to life SRT/$100 SA**

15

**SEALED**

|  | 2nd and subsequent: 15 yrs to life/$20,000,000 fine/10 yrs to life SRT/$100 SA |
|---|---|
| **COUNTS 2, 7, 13, 18:** | 20 yrs/$1,000,000/3 yrs SRT/$100 SA<br>2nd and subsequent: 30 yrs/$2,000,000/6 yrs to life SRT/$100 SA |
| **COUNTS 6, 9-12, 14, 15, 19:** | 5 to 40 yrs/$$5,000,000/4 yr SRT/$100 SA |

16

SEALED